# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE STRUM** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 05-5280 |
| | : | |
| **JOHN A. PALAKOVICH,** *et al* | : | |

## ORDER

**AND NOW**, this 7th day of May, 2007, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1) and the Amended Petition for Writ of Habeas Corpus (Document No. 16), the Respondent/Commonwealth's Answer and Supplemental Response to Petition for Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge M. Faith Angell, and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1) The Report and Recommendation of Magistrate Judge Angell is **APPROVED** and **ADOPTED**;

2) The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED**; and,

3) There is no probable cause to issue a certificate of appealability.

s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.
