IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE STRUM** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 05-5280** |
| | : | |
| **JOHN A. PALAKOVICH,** *et al* | : | |

## ORDER

**AND NOW**, this 19th day of March, 2015, upon consideration of the Petitioner's Motion for Relief from Judgment Pursuant to Rule 60(b) (Document No. 33) and the response to the motion, it is **ORDERED** that the motion is **DENIED**.

       /s/Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.